FAX or Internet

UNITED STATES DISTRICT COURT

for the

District of Arizona

In the Matter of the Search of

|  |  |  |
|---|---|---|
| **A green backpack-style JANSPORT bag recovered from a 2020 Toyota 4Runner bearing Arizona license plate CTK4662** | )<br>)<br>)<br>)<br>) | Case No.   21-4110mb |

*(identify the person or describe the property to be searched and give its location)*

## ELECTRONICALLY ISSUED SEARCH AND SEIZURE WARRANT

To:       Any authorized law enforcement officer.

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the       ------------------------   District of   Arizona. *(identify the person or describe the property to be searched and give its location)*: **See Attachment A.**

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*: **See Attachment B.**

I find that the affidavit(s), or any recorded testimony, have been communicated by reliable electronic means and establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before      May 5, 2021
*(not to exceed 14 days)*

[X] in the daytime  6:00 a.m. to 10 p.m.       [ ] at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the search warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave a search warrant copy and receipt at the place where the property was taken

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge

Camille D. Bibles                   .
*(Name)*

[ ] I find that immediate notification may have an adverse result as specified in 18 U.S.C. §3103a  (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   [ ] for         days *(not to exceed 30).*
[ ] until, the facts justifying, the later specific date of                   .

Date and Time Issued:                   **Camille D. Bibles**   Digitally signed by Camille D. Bibles
Date: 2021.04.20 09:06:33 -07'00'
*Judge's Signature*

City and State:    Flagstaff, Arizona                   Camille D. Bibles, United States Magistrate Judge

| **Return** | | |
|---|---|---|
| Case No.:    21-4110mb | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

| **Certification** |
|---|

        I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing Officer's Signature*

_____
*Printed Name and Title*

## <u>Attachment A</u>
## Property to Be Searched

A green, backpack-style bag with black zippers and support straps or ties that are gray in color. A blue patch stitched to the bag displays the brand "JANSPORT" in red lettering outlined in white.





## Attachment B
## Things to be Searched for and Seized

c.  Indicia of ownership, possession, and/or use of the bag, such as mail (e.g., bills or letters) showing a person's name; identification; photographs depicting the owner/user of the bag; and/or clothing items (e.g., male clothing).

d.  Items related to the use or possession of a firearm such as firearms, ammunition, spent ammunition, casings, magazines, or loading devices.

# UNITED STATES DISTRICT COURT

for the
District of Arizona

In the Matter of the Search of:

**A green backpack-style JANSPORT bag recovered from a 2020 Toyota 4Runner bearing Arizona license plate CTK4662**

)
)
)
)

Case No.   21-4110mb

(Original To Be Filed With Court)

## ELECTRONICALLY SUBMITTED APPLICATION FOR SEARCH WARRANT

I, the undersigned, a federal law enforcement officer, request an electronic search warrant and state under penalty of perjury that I have reason to believe that on and within the following person or property:

**See Attachment A.**

located in the   ------------------------   District of   _____Arizona_____ , there is now concealed:

**See Attachment B.**

The basis for the search under Fed. R. Crim. P. 41(c) is:

[X] evidence of a crime;

[X] contraband, fruits of crime, or other items illegally possessed;

[X] property designed for use, intended for use, or used in committing a crime;

[ ] a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section(s) | Offense Description(s) |
|---|---|
| 18 U.S.C. §§ 113(a)(3) & 1153 | Assault with a Dangerous Weapon |
| 18 U.S.C. §§ 661 & 1153 | Theft |

The application is based upon the following facts:

[X] Continued on the attached sheet (see attached **Affidavit**).

[ ] Delayed notice of _____ days (give exact ending date if more than 30 days) _____ is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by:  *AUSA Wayne Venhuizen*

**Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.**

_____
*Applicant's Signature*

Executed on: _____

Dustin Drace, Special Agent, FBI
*Printed Name and Title*

__X__ Sworn by Telephone

Date/
Time: _____

Camille D. Bibles

Digitally signed by Camille D. Bibles
Date: 2021.04.20 09:06:03 -07'00'

*Judge's Signature*

City and State:   Flagstaff, Arizona

Camille D. Bibles, United States Magistrate Judge
*Printed Name and Title*

## <u>Attachment A</u>
## Property to Be Searched

A green, backpack-style bag with black zippers and support straps or ties that are gray in color. A blue patch stitched to the bag displays the brand "JANSPORT" in red lettering outlined in white.





## **Attachment B**
## **Things to be Searched for and Seized**

a.  Indicia of ownership, possession, and/or use of the bag, such as mail (e.g., bills or letters) showing a person's name; identification; photographs depicting the owner/user of the bag; and/or clothing items (e.g., male clothing).

b.  Items related to the use or possession of a firearm such as firearms, ammunition, spent ammunition, casings, magazines, or loading devices.

14

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

## ELECTRONICALLY SUBMITTED AFFIDAVIT

I, Dustin Blazer Drace, a Special Agent with the Federal Bureau of Investigation (hereinafter FBI), being duly sworn, depose and state as follows:

### Introduction and Agent Background

1.      I am a Special Agent of the Federal Bureau of Investigation (hereinafter FBI) and have been since January 2018.  I am currently assigned to the Gallup, New Mexico, Resident Agency of the Phoenix, Arizona, FBI Field Division.  I have received training at the Federal Bureau of Investigation Training Academy in Quantico, Virginia, as well as training in the investigation of murder and other violent crimes.  In the course of my official duties, I am charged with the investigation of crimes occurring on (among other places) the Navajo Nation Indian Reservation within the Federal District of Arizona.  I am an investigative law enforcement officer of the United States, and I am empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 18 of the United States Code.

2.      I have been trained in various aspects of law enforcement, including searching and seizing physical property in relation to criminal activity.  In addition, I have been involved in multiple investigations in which property has been seized, searched, and examined for evidence related to criminal activity.

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, officers, investigators, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested

warrant and does not set forth all my knowledge about this matter. I have set forth only the facts I believe are necessary to establish probable cause to believe evidence of violations of Title 18, United States Code, §§ 1153, 113(a)(3), and 661 is located in the property as described in Attachment A, for evidence of these crimes as described in Attachment B. This Court has jurisdiction over these offenses under 18 U.S.C. § 1153 because the below-described events occurred on the Navajo Nation Indian Reservation, a federally recognized tribe, and the suspect, Gabriel Benally, is an Indian and enrolled member of the Navajo Nation Indian Tribe.

4.     The facts of this case, as more fully detailed herein, are that on or about February 14, 2021, within the confines of the Navajo Nation Indian Reservation, in the District of Arizona, Gabriel Benally, an Indian, (hereinafter "Benally") shot H.P., an enrolled member of the Navajo Nation Indian Tribe, thereby violating federal law by committing Assault with a Dangerous Weapon, in violation of Title 18, United States Code, §§ 1153 and 113(a)(3), and that thereafter, on or about February 17, 2021, within the confines of the Navajo Nation Indian Reservation, in the District of Arizona, Benally violated federal law by stealing a 2020 Toyota 4Runner with a value exceeding $1,000, in violation of Title 18, United States Code, §§ 1153 and 661. I make this affidavit in support of an application for a search warrant for information and items associated with a green backpack-style bag believed to contain evidence of these crimes. The information to be searched is described in the following paragraphs and in Attachment A. The information requested includes records and other items further described in Attachment B.

**Investigation/Probable Cause for Search Warrant**

5.     On January 6, 2021 in the early morning, patrol officers of the Navajo Police Department (hereinafter NPD) responded to the area near the St. Michaels Indian School (hereinafter SMIS) in St. Michaels, Arizona following the report of a burglary. Among other

things, SMIS officials advised that a number of hardware tools appeared to have been stolen. The tools were described as Rigid brand tools that were black and orange in color. The tools were inscribed with "SMIS" in permanent marker.

6.     Two patrol officers were tracking shoeprints leading away from the school and encountered two unidentified males. Each of them was carrying a bag as they traveled in a direction away from the school.

7.     The patrol officers contacted dispatch for assistance in locating and questioning the individuals. They continued to track the shoe prints but were hindered and forced to abandon the tracking because of a number of stray, aggressive dogs in the area.

8.     On January 7, 2021, NPD officers and a Deputy with the Apache County Sheriff's Office returned to the area in greater number to continue tracking the shoeprints. Law enforcement officials were led to a residential community in a rural area. The location where the tracks led to was Rural Address 21, a white double-wide trailer with a shed on the east side of the property near the road. The officers were warned over the radio to use caution as individuals at the address were known to the NPD to be involved in criminal activity.

9.     As officers approached the residence, an individual later identified as H.P. exited the shed and asked the officers from the porch what they were doing. Officers replied that they were investigating a burglary at the SMIS. H.P. asked if he could help. The officers asked if the address was H.P.'s and he advised that it was.

10.    The officers advised H.P. that shoeprints led from the SMIS to his residence and requested his permission to look around, to which H.P. consented. The officers approached the

shed and heard a loud noise come from the back side. Officers asked H.P. who else was in the shed and he replied, "Gabriel", later identified as Benally.

11.     H.P. led the officers to his shed and walked in. As one of the NPD officers entered, he saw Benally stand up near the back side of the shed and start walking toward the officer at the front door. Benally was directed to exit the shed and stand outside. As he walked toward the officer, Benally reached for the area near his right hip with his right hand and appeared to adjust his shirt over his pants.

12.     H.P. followed Benally out of the shed and stood outside with other NPD officers while the shed was searched. Officers noticed a number of random items piled together in various spots within the shed with no apparent organization pattern. During the search, NPD officers located at least one hardware tool that was black and orange in color with "SMIS" inscribed on the side in permanent marker. Additionally, items inscribed with "SMIS", as well as two solar panels reported missing from the school, were also located in the shed.

13.     NPD officers also located items that appeared to be those reported as stolen from a robbery of the Cool Runnings store in St. Michaels, Arizona. Officers located a cardboard box near the back of the shed in the area near where officers heard a noise upon their arrival. Inside the box, officers located a bundle of US currency. Below the currency was a handgun secured in a black holster.

14.     H.P. and Benally were taken into custody by NPD patrol officers for receiving stolen property.

15.     On or about February 14, 2021, FBI Special Agent Dustin Drace received information from the Navajo Department of Criminal Investigations Criminal Investigator (hereinafter CI) Samantha Yazzie that a drive-by style assault occurred against H.P. at his residence near St. Michaels, Arizona. The investigation by NPD personnel identified

approximately 15 small holes that resembled bullet holes to a structure on the property of H.P. next to his residence.

16.     Three brass .22 caliber shell casings were recovered alongside the dirt road next to H.P.'s property.  An interview conducted by CI Yazzie with H.P. at the Fort Defiance Indian Hospital in Fort Defiance, Arizona revealed that he suffered two gunshot wounds to the buttocks.

17.     In the morning of February 17, 2021, R.K. contacted the NPD Window Rock dispatch to report his white 2020 Toyota 4Runner with Arizona license plate CTK4662 was stolen while he left it warming up in front of his residence near Black Rock, Arizona. Approximately an hour later, an NPD patrol unit located the 4Runner traveling at a high rate of speed southbound on Indian Route (hereinafter IR) 112 from Fort Defiance, Arizona to Window Rock, Arizona.

18.     The NPD patrol unit engaged in a pursuit. The 4Runner continued southbound, swerving into northbound lanes on IR 112. After approximately 5 minutes, the 4Runner crashed into a ditch on the side of the road resulting in damage to the front end and deployment of airbags.

19.     The driver of the vehicle, later identified as Benally, attempted to evade law enforcement by running following the crash, but was detained shortly thereafter by responding NPD units.  N.T. accompanied Benally, but was detained at the crash site.

20.     The 4Runner was seized by CI Alvernon Tsosie and an inventory was taken of items located within the vehicle.  R.K. was informed that his vehicle was recovered.  R.K. requested his work items to be recovered from the vehicle, but CI Tsosie declined to provide the items until the investigation was complete.

21.     After NPD completed the processing of the vehicle, R.K. was in contact with CI Gilbert Yazzie to retrieve his bag from his vehicle.  R.K. advised that the only bag of his in the vehicle was located behind the driver's seat.

22.     CI Yazzie retrieved a bag from behind the driver's seat and presented it to R.K.  R.K. retrieved an envelope with his name and address from bag and presented it to CI Yazzie as proof of ownership.

23.     CI Yazzie asked R.K. if there were any other bags that belonged to him that remained in the vehicle.  R.K. advised that the only bag that belonged to him was the bag CI Yazzie already retrieved from the vehicle.

24.     Among other items recovered from the vehicle included a backpack-style bag that was green in color with gray straps (hereinafter "backpack"). The backpack had a blue patch sewn to the front with "JANSPORT" inscribed in red letters outlined in white.

25.     CI Yazzie opened the backpack and located a separate bag that appeared to be a small handbag, blue in color.  A clear pocket on the side of the handbag displayed an Arizona driver's license in the name of A.K.  A.K. did not have the same last name as R.K. and there did not appear to be any relation.  The search of the bag was immediately terminated and the bag was seized by NPD.

26.     As of April 14, 2021, NPD was not in receipt of any requests for either bag.  CI Yazzie advised that he did not identify any reports of a missing or stolen purse matching the description of that located inside the vehicle.

27.     On February 23, 2021, H.P. was interviewed by SA Drace, CI Tsosie, and CI Yazzie at his residence.  H.P. advised that he told Benally to stay away from his residence.  H.P. stated that Benally got H.P. in a lot of trouble by bringing the stolen items from the Cool Runnings store

and SMIS to his shed.  Benally also brought stolen vehicles by H.P.'s property, including a Tribal

vehicle and a Ford Flex.

28.     On February 11, 2021 at approximately 4:00 PM or 5:00 PM, H.P. was at his

residence watching television with his friend K.M., who was Benally's cousin.  H.P. heard

someone drive up to his residence and hit one of his dogs that was lying outside in front of the

porch.  H.P. went outside and saw that it was Benally, who yelled at H.P. that the dog should not

have been lying there.

29.     Benally was upset that K.M. was at H.P.'s residence.  H.P. thought Benally was there

to get K.M. to do another burglary.  H.P. told Benally he needed to leave and they got into a fight.

H.P. flipped Benally over and Benally hit his head on a crate.  K.M. picked up Benally and helped

him to Benally's vehicle.  As they were walking out, K.M. told H.P. "sorry about everything".

30.     K.M. started to drive away with Benally in the vehicle. Benally yelled at H.P.,

"Bullets go through trailers!" H.P. believed that Benally was threating to come back and shoot

H.P.

31.     On February 13, 2021 at approximately 3:00 AM, H.P. was sleeping in his living

room and was awakened by his dogs barking outside.  H.P. went to the front door and grabbed

his baseball bat because he thought something might happen.  He opened the door and saw two

individuals walking along the street toward his residence.

32.     H.P. was able to determine that the individuals were Benally and Benally's

acquaintance First Name Unknown Last Name Unknown, known to H.P. as "Koopa", (hereinafter

FNU LNU).

8

33.     H.P. told Benally that he was not welcome at his residence and that he needed to leave. Benally advised that he was there for his ex-girlfriend T.G.  T.G. stayed with H.P., but they were just friends.  Benally was jealous because he thought H.P. and T.G. were messing around.

34.     T.G. did not want to leave with Benally.  She was tired of all the things he had been up to.  She was scared and crying because she knew that if she left with Benally, he would beat her up.  She never called the police because she was afraid Benally would kill her.

35.     Benally asked H.P., "Do you think you're tough, homeboy?" Benally then stated that he was going to come back and shoot H.P. before repeating, "Bullets go through trailers!" Benally tried to force himself into H.P.'s trailer and they got into another fight.  H.P. hit Benally twice in the abdomen with a bat.  Benally left and walked away with FNU LNU.

36.     On February 14, 2021 at approximately 10:30 PM, H.P. was working in his shop. He thought he heard firecrackers, but realized after approximately 7 "pops" that it was gunfire.

37.     H.P. ducked to avoid the bullets entering his shed. The gunshots stopped and H.P. heard tires on a vehicle spin-out on the dirt road outside his shop.  H.P. ran to the door and saw a dark-colored 4-door sedan drive away under the streetlamp at the intersection west of his residence.

38.     H.P. called 911 right away.  Approximately 5 or 10 minutes later while speaking with the operator, H.P. felt something warm going down the back of his leg.  He put his hand on his leg to see what it was and saw that his hand was all bloody. An ambulance arrived and transported Benally to the Fort Defiance Indian Hospital in Fort Defiance, Arizona.

39.     At the hospital, H.P.'s ex-girlfriend M.Y. told H.P. that the car he saw belonged to her younger sister S.M.  H.P. thought it was Benally who was in the vehicle who fired the shots because of the recent threats made by Benally and H.P. didn't have any issues with anyone else in the neighborhood.  H.P. thought that in addition to the threats Benally made, Benally was also

upset because H.P. was assisting CI Tsosie with his investigations of the burglaries that were conducted by Benally.

40.     H.P. advised that Benally always had a firearm with him. H.P. didn't know how Benally was able to obtain new firearms so easily, but he knew that Benally recently stole a .22 magnum caliber rifle from O.C.

## Things to be Searched for and Seized

41.     Based on my training and experience, I believe the green backpack recovered from the stolen Toyota 4Runner may contain evidence of both crimes described herein and that the indicia of ownership or occupancy is important in a criminal case. Thus, I respectfully request that a search warrant be issued authorizing the search of this backpack for evidence of the assault on H.P. and the vehicle theft described herein. The things to be searched for and/or seized from the backpack include items related to the use or possession of a firearm used in the shooting of H.P., such as a firearm, ammunition, spent ammunition, casings, magazines, and loading devices. Additionally, the things to be searched for and/or seized from the backpack include indicia of ownership, possession, and/or use of the bag, such as mail showing a person's name; identification; photographs depicting the owner/user of the bag; and/or clothing items.

42.     The things to be searched for and seized are further described in Attachment B.

## Conclusion

43.     Based on the foregoing, I believe there is probable cause to support that the green backpack described in Attachment A contains evidence of the crimes described herein, in

violation of 18 U.S.C. §§ 1153, 113(a)(3), and 661.  Thus, your affiant respectfully requests the

issuance of a search warrant of the green backpack for the things described in Attachment B.

**Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.**

Executed on:   April 20  , 2021

_____
Dustin Drace, Special Agent
Federal Bureau of Investigation


  X    Sworn by Telephone


Date/Time: _____

Camille D. Bibles    Digitally signed by Camille D.
                     Bibles
                     Date: 2021.04.20 09:05:27 -07'00'
_____
Camille D. Bibles
United States Magistrate Judge